UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN RENEE CATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK WALLAE, individually;<br>BILL WHITMAN, in his official capacity;<br>COUNTY OF TULARE,<br><br>　　　　Defendants. | No.  1:14-CV-01225----MJS<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

　　On November 19,, 2014, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice of this entire action pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) which provides in relevant part:

　　[A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal  before the opposing party serves either an answer or a motion for summary of judgment.

　　Such a Rule 41 (a)(1) notice of dismissal "automatically terminates the action as to the defendants who are subjects of the notice."  *Wilson v. City of San Jose,* 111F. 3d 688, 692 (9th Cir. 1997).

　　Plaintiff's Notice of Dismissal complies with the provisions of Rule 41 (a)(1)(A)(i).

1

Accordingly, it is ORDERED that this action is DISMISSED in its entirety with prejudice and the Clerk shall CLOSE the case.

IT IS SO ORDERED.

Dated: November 21, 2014        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE